[No. 13060-9-I. Division One. December 3, 1985.]

*In the Matter of the Marriage of* WAYNE WOODSON, *Appellant, and* SHARON WOODSON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-3-01423-2, John F. Wilson, J., entered April 19, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold and Coleman, JJ.

[No. 13742-5-I. Division One. December 3, 1985.]

MICHAEL A. BARBER, ET AL, *Appellants,* v. KENT RANDALL FOSNES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-17290-3, Donald D. Haley, J., entered August 23, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Williams, J.

[No. 13533-3-I. Division One. December 3, 1985.]

MIKE KARIMI, ET AL, *Respondents,* v. QUADRANT CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-13374-6, Peter K. Steere, J., entered July 12, 1983. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ringold and Webster, JJ.